**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ARNOLD G. PHILLIPS, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 23 cv 490 |
| | ) | |
| CECILIA ABUNDIS, *et al*., | ) | Hon. John Robert Blakey |
| | ) | |
| Defendants. | ) | |
| | ) | |

### DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULES 12(b)(1) & 12(b)(6)

Defendants Cecilia Abundis, Laura Forester, Mark Thompson, David Igasaki, and Peter Hoffman, by and through their attorney, Kwame Raoul, Illinois Attorney General, and hereby files their Motion to Dismiss pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and moves this Court to dismiss Plaintiff's Complaint. The grounds for this motion are set forth in the accompanying memorandum of law.

WHEREFORE, Defendants Cecilia Abundis, Laura Forester, Mark Thompson, David Igasaki, and Peter Hoffman respectfully request that this honorable Court grant their Motion to Dismiss and dismiss this matter with prejudice.

Dated: July 6, 2023

KWAME RAOUL
*Attorney General*
*State of Illinois*

Respectfully submitted,

/s/ Hal Dworkin
HAL B. DWORKIN
Assistant Attorney General
Office of the Illinois Attorney General
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-5159
Hal.Dworkin@ilag.gov